THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Chad Odell Leonard,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No.  2005-UP-087
Submitted February 1, 2005  Filed February 
 7, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Leonard appeals after pleading 
 guilty to possession of marijuana second offense, possession of cocaine second 
 offense, and possession of crack cocaine second offense.  Leonard argues his 
 pleas were not made knowingly or voluntarily and thus, did not comply with the 
 requirements of Boykin v. Alabama, 395 U.S. 238 (1969).  Pursuant to 
 Anders v. California, 386 U.S. 738 (1967), Leonards counsel attached 
 a petition to be relieved stating that he has reviewed the record and found 
 the appeal to be without merit.  Leonard did not file a separate pro 
 se brief.
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.